# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHERYL LEE KEEMAR, as personal representative of the estate of Michael Keemar, deceased, and VICTORIA GRINTER, as personal representative of the estate of Laurence Grinter, deceased,**

                      **Plaintiffs,**

**-vs-**                                          **Case No. 6:06-cv-448-Orl-22DAB**

**AVCO CORPORATION, and ML-KS BEARINGS, INC.,**

                      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on review of the Notice filed by Plaintiff (Doc. No. 56) in response to the Court's Order regarding appointment of a Guardian Ad Litem (Doc. No. 55). As it appears from the motion that the nominee is qualified, and absent any objection from Defendants, the Court hereby **appoints** Michael Coulson, Esquire, 4651 Salisbury Road, #225 Jacksonville, FL 32256 (904) 296-9919, as Guardian for the minor claimants, to review the settlement and provide a report to the Court. *See* Doc. Nos. 53 and 54. The Guardian shall immediately undertake his responsibilities in this matter, and shall provide the report as soon as practicable, but in no case later than September 1, 2007. The parties have agreed that the Guardian will be compensated from the settlement proceeds, and the Court adds that such compensation shall not exceed what is reasonable and customary for such services.

Although twice ordered to file the settlement for the Court's review, the instant Notice requests that such filing be deferred, pending the anticipated motion for approval of the Guardian's report. The request is **approved.**

**The Guardian shall file his report by September 1, 2007.**

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record