**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHERYL LEE KEEMAR, as personal representative of the estate of Michael Keemar, deceased, and VICTORIA GRINTER, as personal representative of the estate of Laurence Grinter, deceased,**

**Plaintiffs,**

-vs-     Case No. 6:06-cv-448-Orl-22DAB

**AVCO CORPORATION, and ML-KS BEARINGS, INC.,**

**Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. Magistrate Judge David A. Baker's September 24, 2007 Report and Recommendation (Doc. 71) is APPROVED AND ADOPTED.

2. The parties' settlement is APPROVED as to the minor children.

3. Michael I. Coulson, Esq., is hereby DISCHARGED as guardian ad litem.

4. On or before November 1, 2007, Plaintiff shall pay Michael I. Coulson, Esq. the sum of $1,325.00 for his services in this case.

5. Based on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 72), filed on September 25, 2007, the Clerk shall close this case. However, notwithstanding the parties' stipulation that this Court shall retain jurisdiction to enforce the terms of the settlement, the Court declines to do so (consistent with its standard practice).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 15, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party
Guardian Ad Litem
Magistrate Judge David A. Baker